```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 02483
   ZETTA D PIGGOTT
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-9798


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/26/2005 and was confirmed 03/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.69%.

     The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE                 CURRENT MORTG         .00          .00           .00
CITICORP MORTGAGE            NOTICE ONLY    NOT FILED           .00           .00
CITIMORTGAGE                 MORTGAGE ARRE  13037.93            .00      13037.93
GATEWAY CREDIT CARD PLAN     SECURED          150.00          13.26        150.00
GATEWAY CREDIT CARD PLAN     UNSECURED     NOT FILED            .00           .00
ACADEMY COLLECTION SERVI     NOTICE ONLY   NOT FILED            .00           .00
ALLIED INTERSTATE            UNSECURED     NOT FILED            .00           .00
ASSOCIATED RECOVERY SYST     NOTICE ONLY   NOT FILED            .00           .00
CAPITAL ONE BANK             UNSECURED       1450.98            .00        300.21
CITIBANK                     UNSECURED       2607.62            .00        539.52
ECAST SETTLEMENT CORP        UNSECURED       1911.29            .00        395.45
COMCAST                      UNSECURED     NOT FILED            .00           .00
CREDIT COLLECTION SERVIC     UNSECURED     NOT FILED            .00           .00
CREDIT PROTECTION ASSOCI     NOTICE ONLY   NOT FILED            .00           .00
ERS                          NOTICE ONLY   NOT FILED            .00           .00
GREEN OAKS APARTMENTS        UNSECURED     NOT FILED            .00           .00
HARVARD COLLECTION SERVI     NOTICE ONLY   NOT FILED            .00           .00
CITIBANK                     UNSECURED        600.35            .00        124.21
MEDICAL BUSINESS BUREAU      UNSECURED     NOT FILED            .00           .00
MEDICAL RECOVERY SPECIAL     UNSECURED     NOT FILED            .00           .00
MIDWEST ANESTHESIOLOGIST     UNSECURED     NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS        UNSECURED     NOT FILED            .00           .00
NICOR GAS                    UNSECURED     NOT FILED            .00           .00
ST MARGARET MERCY HOSPIT     UNSECURED     NOT FILED            .00           .00
AT & T BANKRUPCTY            UNSECURED     NOT FILED            .00           .00
SCHREIBER & ASSOCIATES       NOTICE ONLY   NOT FILED            .00           .00
SOUTH HOLLAND FIRE DEPT      UNSECURED     NOT FILED            .00           .00
TELECOM USA                  UNSECURED     NOT FILED            .00           .00
HOME DEPOT                   UNSECURED     NOT FILED            .00           .00
TRU GREEN CHEMLAWN           UNSECURED     NOT FILED            .00           .00
VALENTINE & KEBARTAS INC     UNSECURED     NOT FILED            .00           .00
RMI/MCSI                     UNSECURED        100.91            .00         20.88

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 02483 ZETTA D PIGGOTT
```

```
CITIMORTGAGE              COST OF COLLE    350.00              .00      350.00
ROXANNE B JACKSON & ASSO  DEBTOR ATTY      300.00                       300.00
TOM VAUGHN                TRUSTEE                                       968.55
DEBTOR REFUND             REFUND                                          1.99
```

    Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  16,202.00

PRIORITY                                            .00
SECURED                                       13,537.93
     INTEREST                                     13.26
UNSECURED                                      1,380.27
ADMINISTRATIVE                                   300.00
TRUSTEE COMPENSATION                             968.55
DEBTOR REFUND                                      1.99
                         ---------------    ---------------
TOTALS                   16,202.00            16,202.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE